United States Court of Appeals
Fifth Circuit

**F I L E D**

August 21, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-50444
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

LUIS RAUL RAMIREZ-PALOMO

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:04-CR-547-ALL

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Luis Raul Ramirez-Palomo appeals his concurrent 108-month sentences for importing and possessing with the intent to distribute cocaine. Ramirez-Palomo argues that his Sixth Amendment right to a jury trial was violated because the district court found facts used to determine his guideline range of imprisonment. "[W]ith the mandatory use of the Guidelines excised, the Sixth Amendment will not impede a sentencing judge from finding all facts relevant

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to sentencing." United States v. Johnson, 445 F.3d 793, 798 (5th Cir.), cert. denied, 126 S. Ct. 2884 (2006). The judgment of the district court is AFFIRMED.